**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JAMES W. FISHER,**

    Plaintiff,

    v.                                                                                          **CASE NO. 3:05-cv-340-J-16MCR**

**FLORIDA DEPARTMENT OF CHILDREN**
**AND FAMILES, and THERESA HARRIS,**

    Defendants.
_____/

**O R D E R**

Before the Court is the *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* with Affidavit of Indigency (Dkt. 2). On May 9, 2005, the Magistrate Judge issued a Report and Recommendation (Dkt. 6), finding that the Plaintiff's Complaint (Dkt. 1) failed to state a claim upon which relief may be granted. The Magistrate therefore recommended that the motion to proceed *in forma pauperis* be denied without prejudice, and that the Complaint be dismissed without prejudice to provide the Plaintiff an opportunity to file an amended complaint, should he wish to do so. The Magistrate set a deadline of May 29, 2005 for the Plaintiff to file an amended complaint and additional motion to proceed *in forma pauperis*, but the Plaintiff has not filed an amended complaint or motion, nor has he responded to the Report and Recommendation.

Accordingly, upon due consideration, the Court hereby adopts the Report and Recommendation (Dkt. 6). The Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED with prejudice** and the Clerk of Court is ordered to close this file.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 3rd day of June, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:** *Pro se* Plaintiff
　　　　　Counsel of Record